UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DANIEL CHARLES WILLIAMS AND CAROL WILLIAMS, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Action No. 2:13-cv-00940-JRG |
| DISCOVER FINANCIAL SERVICES, LLC DBA DISCOVER, | § § § § | |
| Defendant. | § § | |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Came on to be considered the Joint Stipulation of Dismissal, ("the Stipulation"), filed in this cause by Plaintiffs, DANIEL CHALRES WILLIAMS and CAROL WILLIAMS ("Plaintiffs") and Defendant, DISCOVER FINANCIAL SERVICES, LLC, d/b/a DISCOVER, ("Defendant").  After considering the Stipulation and the Agreement of the parties expressed therein, the Court hereby:

GRANTS the Stipulation in the above-entitled and numbered proceeding, and all claims by Plaintiff against Defendant are hereby DISMISSED with prejudice.

It is also ORDERED that all parties will bear their own costs and fees.

**So Ordered and Signed on this**

**Mar 18, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE